AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TOMMY MARTIN | ) | Case No. |
|  | ) | 5:24-MJ-5530-MAS |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 1 through October 10, 2024** in the county of **Clark** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of Methamphetamine |
| 18 U.S.C. 922(g)(1) | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Matthew Eversole

☑ Continued on the attached sheet.

/s/ Matthew Eversole
*Complainant's signature*

Matthew Eversole, Special Agent, ATF
*Printed name and title*

Attested by affiant by reliable electronic means per FRCrP 4.1.

Date: 12/16/2024

*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*