**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

DEC 19 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 5:24-MJ-5530-MAS**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                        **MOTION OF UNITED STATES**
            **TO UNSEAL COMPLAINT AND PLEADINGS**

**TOMMY MARTIN**                                              **DEFENDANT**

\*   \*   \*   \*   \*

The Defendant, Tommy Martin, was arrested on December 19, 2024. Therefore, the United States moves to unseal the complaint, arrest warrant, and affidavit in support that were sealed by the Order of December 16, 2024.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: Francisco J. Villalobos II
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
Francisco.Villalobos@usdoj.gov