**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:24-MJ-5530-MAS**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**V.**          **<u>ORDER UNSEALING COMPLAINT AND PLEADINGS</u>**

**TOMMY MARTIN**                                                  **DEFENDANT**

\*   \*   \*   \*   \*

The Court ORDERS that the motion of the United States to unseal is GRANTED,

and the complaint, arrest warrant, and affidavit in support sealed by the Order of

December 16, 2024, are UNSEALED.

On this _____ day of _____, 2024

_____
MAGISTRATE JUDGE MATTHEW A. STINNETT

Copies:      Francisco J. Villalobos II, Assistant United States Attorney