UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 25-004-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TOMMY MARTIN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Report and Recommendation ("R & R") regarding Defendant Tommy Martin's competency. [Record No. 48] Following an evaluation by licensed psychologist Samuel Browning, United States Magistrate Judge Edward B. Atkins held a competency hearing and issued the R&R. [Record No. 48] After reviewing all relevant materials, Magistrate Judge Atkins recommended that the Court find Martin competent to proceed. Neither party has objected to the R&R.

Although the Court makes *de novo* determinations of those parts of a magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a magistrate judge's report and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

During the hearing held August 6, Martin stipulated to the findings in the competency report prepared by the Bureau of Prisons ("BOP") after being advised that the findings indicated he is competent to proceed. In summarizing the reports, the R & R explains that, although Martin suffers from some mental deficiencies, he is able to understand the nature of the proceedings against him, the role of the various participants in the proceedings, and the consequences of a guilty plea. After thorough consideration of both reports and Martin's testimony, Magistrate Judge Atkins appropriately concluded that Martin understands the nature and consequences of the proceedings and can adequately assist in his defense.

Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 48] is **ADOPTED** and **INCORPORATED** here, in full.

2. The Court finds Defendant Tommy Martin competent to face further proceedings, including trial.

3. This matter is set for a pretrial conference beginning at the hour of **12:00 p.m. (noon)** on **Tuesday, September 9, 2025**, at the United States Courthouse in **Lexington, Kentucky**.

4. Pretrial filings described in paragraphs 9, 10, 11, and 12 of the Pretrial and Discovery Order [Record No. 85] are due on or before **Friday, September 5, 2025**.

5. This matter is set for a jury trial on **Tuesday, September 23, 2025**, beginning at the hour of **9:00 a.m.**, at the United States Courthouse in **Lexington, Kentucky**. Counsel and the defendant are directed to be present at **8:30 a.m.**

Dated: August 25, 2025.

<u>Danny C. Reeves, District Judge</u>
United States District Court
Eastern District of Kentucky