UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
FILED
SEP 24 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, ) Criminal Action No. 5: 25-004-DCR
)
V. )
)
TOMMY MARTIN, ) **VERDICT FORM**
)
Defendant. )

*** *** *** ***

We the jury, unanimously find the defendant as follows:

**Count 1:** Distribution of actual methamphetamine occurring on or about July 1, 2024, in Clark County, Kentucky, in violation of 21 U.S.C. § 841(a)(1):

**GUILTY** X **NOT GUILTY** __________

**Count 2:** Distribution of actual methamphetamine occurring on or about July 8, 2024, in Clark County, Kentucky, in violation of 21 U.S.C. § 841(a)(1)

**GUILTY** X **NOT GUILTY** __________

**Count 3:** Distribution of actual methamphetamine occurring on or about July 15, 2024, in Clark County, Kentucky, in violation of 21 U.S.C. § 841(a)(1))

**GUILTY** X **NOT GUILTY** __________

If you answered "guilty" in response to Count 3, proceed to Question 3(a). If you answered "not guilty" in response to Count 3, skip Question 3(a) and proceed to Count 4.

**Question 3(a):** With respect to Count 3, the amount of the actual methamphetamine was (indicate the answer by marking one line below):

___X___ **at least 5 grams**

________ **less than 5 grams**

**Count 4:** Distribution of actual methamphetamine occurring on or about July 23, 2024, in Clark County, Kentucky, in violation of 21 U.S.C. § 841(a)(1)

**GUILTY** ___X___ **NOT GUILTY** ________

If you answered "guilty" in response to Count 4, proceed to Question 4(a). If you answered "not guilty" in response to Count 4, skip Question 4(a) and proceed to Count 5.

**Question 4(a):** With respect to Count 4, the amount of the methamphetamine (actual) was (indicate the answer by marking one line below):

___X___ **at least 5 grams**

________ **less than 5 grams**

**Count 5:** Distribution of methamphetamine (actual) occurring on or about October 9, 2024, in Clark County, Kentucky, in violation of 21 U.S.C. § 841(a)(1)

**GUILTY** ___X___ **NOT GUILTY** ________

If you answered "guilty" in response to Count 5, proceed to Question 5(a). If you answered "not guilty" in response to Count 5, skip Question 5(a) and proceed to Count 6.

**Question 5(a):** With respect to Count 5, the amount of the methamphetamine (actual) was (indicate the answer by marking one line below):

___X___ **at least 50 grams**

________ **at least 5 grams but less than 50 grams**

________ **less than 5 grams**

**Count 6:** Distribution of methamphetamine (actual) occurring on or about October 10, 2024, in Clark County, Kentucky, in violation of 21 U.S.C. § 841(a)(1)

**GUILTY** ___X___ **NOT GUILTY** ________

If you answered "guilty" in response to Count 6, proceed to Question 6(a). If you answered "not guilty" in response to Count 6, skip Question 6(a) and Count 7 and proceed to Count 8.

**Question 6(a):** With respect to Count 6, the amount of the methamphetamine (actual) was (indicate the answer by marking one line below):

___X___ **at least 5 grams**

________ **less than 5 grams**

**Count 7:** Carrying and using a firearm during and in relation to the drug trafficking crime (charged in Count 6) in Clark County, Kentucky, occurring on or about October 10, 2024, and in violation of 18 U.S.C. § 924(c)(1)(A)

**GUILTY** ___X___ **NOT GUILTY** ________

**Count 8:** Felon in possession of a firearm occurring on or about October 10, 2024, in Clark County, Kentucky, in violation of 18 U.S.C. § 922(g)(1)

**GUILTY** ___X___ **NOT GUILTY** ________

**Count 12**: Possession with the intent to distribute methamphetamine (actual) occurring on or about December 19, 2024, in Montgomery County, Kentucky, in violation of 21 U.S.C. § 841(a)(1)

**GUILTY** ___X___ **NOT GUILTY** ________

If you answered "guilty" in response to Count 12, proceed to Question 12(a). If you answered "not guilty" in response to Count 12, skip Question 12(a) and Count 14 and proceed to Count 15.

**Question 12(a):** With respect to Count 12, the amount of the methamphetamine (actual) was (indicate the answer by marking one line below):

___X___ **at least 50 grams**

________ **at least 5 grams but less than 50 grams**

________ **less than 5 grams**

**Count 14:** Possession of a firearm in furtherance of a drug trafficking crime (as charged in Count 12) occurring on or about December 19, 2024, in Montgomery County, Kentucky, in violation of 18 U.S.C. § 924(c)(1)(A)

**GUILTY** X **NOT GUILTY** ________

**Count 15:** Felon in possession of a firearm occurring on or about December 19, 2024, in Montgomery County, Kentucky, in violation of 18 U.S.C. § 922(g)(1)

**GUILTY** X **NOT GUILTY** ________

[redacted] 9/24/25

(FOREPERSON (NUMBER)) DATE